# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

ANGELLE GONZALES, WIFE
OF/AND NICHOLAS "CHAD"
GONZALES

VERSUS

DILLON GROUP, LLC AND TONY
HERRING & ASSOCIATES, INC.

NO.  2025 CW 1034

**OCTOBER 28, 2025**

---

In Re:  Hallmark Specialty Insurance Company, applying for
supervisory writs, 22nd Judicial District Court, Parish
of St. Tammany, No. 202015540.

---

**BEFORE:  THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DISMISSED.** Pursuant to October 22, 2025 correspondence
from counsel for relator, advising that the parties reached a
settlement of this matter and requesting removal of this pending
writ application, this writ is dismissed.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT